1 | Katherine F. Parks, Esq. - State Bar No. 200605
2 | Thorndal Armstrong Delk Balkenbush & Eisinger
  | 6590 S. McCarran Blvd., Suite B
3 | Reno, Nevada 89509
  | (775) 786-2882
4 | kfp@thorndal.com
  | Attorneys for Defendant
5 | HARRAH'S LAUGHLIN, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| LENA SCHIBYE, | CASE NO.  2:20-cv-01497-KJM-AC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)** |
| HARRAH'S LAUGHLIN, LLC | |
| Defendants. | |

Plaintiff, LENA SCHIBYE, and Defendant, HARRAH'S LAUGHLIN, LLC, by and through their undersigned attorneys of record, herby stipulate to transfer this action to the United States District Court, District of Nevada – Reno, pursuant to 28 U.S.C. §§ 1404(a) and the Court's inherent powers.

WHEREAS, Plaintiff filed her complaint in the Superior Court of California, County of Nevada on June 5, 2020;

WHEREAS, Defendant removed Plaintiff's complaint from the Superior Court of California, County of Nevada to the United States District Court, Eastern District of California on July 24, 2020;

- 1 -

WHEREAS, the United States District Court, District of Nevada would have personal jurisdiction over Defendant over the causes of action alleged in the complaint pursuant to 28 U.S.C. §1331.

WHEREAS, the Parties have met and conferred and agreed that a transfer of this action to the United States District Court, District of Nevada is appropriate;

WHEREAS, 28 U.S.C. §1404(a) permits a district court, in the interests of justice, to transfer a case to another district where venue is proper, and a district court has inherent authority to transfer cases in order to manage its docket. *See, Allstar Marketing Group, LLC v. Your Store Online, LLC,* 666 F. Supp.2d 1109, 1130 (9th Cir. 2009).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1.  This case is hereby transferred to the United States District Court, District of Nevada – Reno.

| DATED: This 4th day of September, 2020. | DATED this 4th day of September, 2020. |
|---|---|
| GRAY•DUFFY, LLP | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: **/ s / Kathryn Camerlengo**<br>    555 Twin Dolphin Drive, Suite 300<br>    Redwood City, CA 94065<br>    T: 650-365-7343<br>    E: kcamerlengo@grayduffylaw.com<br>    Attorneys for Plaintiff | By: **/ s / Katherine F. Parks**<br>    Katherine F. Parks, Esq.<br>    State Bar No. 200605<br>    6590 S. McCarran Blvd., Suite B<br>    Reno, Nevada 89509<br>    (775) 786-2882<br>    kfp@thorndal.com<br>    Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

DATED September 17, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

- 2 -