Katherine F. Parks, Esq.
State Bar No. 6227
Thorndal Armstrong, PC.
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LENA SCHIBYE,<br><br>                      Plaintiff,<br>vs.<br><br>HARVEYS TAHOE MANAGEMENT COMPANY, LLC<br><br>                      Defendants. | CASE NO.  3:20-cv-00533-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(Second Request)** |

COMES NOW Plaintiff, LENA SCHIBYE, and Defendant, HARVEYS TAHOE MANAGEMENT COMPANY, LLC, by and through their undersigned attorneys of record, and hereby stipulate and agree to extend the time to file the Joint Pretrial Order, currently due on February 13, 2023, to February 21, 2023.  This request is being made, in part, due to the recent advancement by the Ninth Circuit Court of Appeals of the date of oral arguments (to be held during the week of February 13th, 2023) in a case in which defense counsel is involved and that action's effect on counsel's schedule.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

1   This is the parties' second request for an extension to time to file the Joint Pretrial Order
2 in this matter.

3 Dated this 9th day of February, 2023.        Dated this 9th day of February, 2023.

4 GRAY DUFFY, LLP                              THORNDAL ARMSTRONG, PC

5

6 By:   */s/ Kathryn Camerlengo*               By:   */s/ Katherine Parks*
       KATHRYN CAMERLENGO, ESQ.                      KATHERINE F. PARKS, ESQ.
7      555 Twin Dolphin Drive, Suite 300             State Bar No. 6227
       Redwood City, CA 94065                        6590 S. McCarran Blvd., Suite B
8      T: 650-365-7343                               Reno, Nevada 89509
       E: kcamerlengo@grayduffylaw.com               (775) 786-2882
9      Attorneys for Plaintiff                       kfp@thorndal.com
10                                                   Attorneys for Defendant

11 Dated this 9th day of February, 2023.

12 LAW OFFICE OF JAMES SHIELDS BEASLEY

13

14 By:   */s/ James Beasley*
       JAMES BEASLEY, ESQ.
15     State Bar No. 1733
       435 Court Street
16     PO Box 2936
       Reno, Nevada 89505
17     JimBeasleyesq@gmail.com
18     Attorneys for Plaintiff

19
                                        **ORDER**
20      IT IS SO ORDERED.

21
        DATED: February 10, 2023.
22
                                        C S B
23                                      _____
                                        UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28