# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LENA SCHIBYE,<br><br>                          Plaintiff,<br>vs.<br><br>HARVEYS TAHOE MANAGEMENT COMPANY, LLC<br><br>                         Defendants. | CASE NO. 3:20-cv-00533-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

COMES NOW Plaintiff, LENA SCHIBYE, and Defendant, HARVEYS TAHOE MANAGEMENT COMPANY, LLC, by and through their counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice in its entirety, and each party to bear their own costs and attorney's fees.

Dated this __16th__ day of March, 2023.          Dated this __3rd__ day of May, 2023.

GRAY DUFFY, LLP                                                    THORNDAL ARMSTRONG, PC

By: _Kathryn T. Camerlengo_                         By: __/s/ Katherine Parks__
    KATHRYN CAMERLENGO, ESQ.                    KATHERINE F. PARKS, ESQ.
    555 Twin Dolphin Drive, Suite 300                    State Bar No. 6227
    Redwood City, CA 94065                                    6590 S. McCarran Blvd., Suite B
    T: 650-365-7343                                                    Reno, Nevada 89509
    E: kcamerlengo@grayduffylaw.com             (775) 786-2882
    Attorneys for Plaintiff                                             kfp@thorndal.com
                                                                 Attorneys for Defendant

- 1 -

Dated this 3rd day of May, 2023.

LAW OFFICE OF JAMES SHIELDS BEASLEY

By: ___/s/ James Beasley_____
    JAMES BEASLEY, ESQ.
    State Bar No. 1733
    435 Court Street
    PO Box 2936
    Reno, Nevada 89505
    JimBeasleyesq@gmail.com
    Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

DATED: May 4, 2023.

_____
Anne R. Traum
United States District Court Judge